

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00772-CR

**EX PARTE** Jorge **BECERRA-ORTIZ**,

From the County Court, Kinney County, Texas
Trial Court No. 12255CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On November 21, 2022, Ms. Lisa C. Greenwalt, the court reporter responsible for preparing the reporter's record for this appeal, filed a notification of late record, stating "[I] don't know" to the following questions: the approximate date of trial, the record's original due date, and the anticipated length of the record. Ms. Greenwalt also stated the record has not been requested by the attorney.

It is therefore ORDERED that appellant provide written proof to this court **December 8, 2022** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed **no later than twenty days** after the date appellant's written proof is filed with this court.

It is further ORDERED that appellant provide written proof to this court **no later than December 8, 2022** that either (1) the fee for preparing the reporter's record has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2022.



MICHAEL A. CRUZ, Clerk of Court